**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                            )
SHEILA BROWNELL, Individually and On Behalf )
Of All Others Similarly Situated,           )
                                            )
                        Plaintiff,          )
                                            )
        vs.                                 )   Case No. 04-10597-DPW
                                            )
SONUS NETWORKS, INC., HASSAN AHMED, PH.D.   )
and STEPHEN NILL,                           )
                                            )
                        Defendants.         )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.

                                Respectfully Submitted,

                                SONUS NETWORKS, INC.

                                By its attorneys,


                                /s/_Gregory F. Noonan_____
                                Jeffrey B. Rudman (BBO #433380)
                                James W. Prendergast (BBO #553073)
                                Daniel W. Halston (BBO #548692)
                                Gregory F. Noonan (BBO #651035)
                                Hale and Dorr LLP
                                60 State Street
                                Boston, MA 02109
                                (617) 526-6000

Dated: April 15, 2004

- 2 -

CERTIFICATE OF SERVICE

   I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Thomas G. Shapiro | Marc I. Gross |
| Theodore M. Hess-Mahan | Richard A. Lockridge |
| Shapiro, Haber & Urmy LLP | Karen Hanson Riebel |
| 75 State Street | Lockridge Grindal Nauen P.L.L.P. |
| Bosto,n MA 02109 | 100 Washington Avenue South, Suite 2200 |
| | Minneapolis, MN 55401 |

Samuel H. Rudman
Cauley Geller Bowman & Rudman, LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747


                                   /s/ Gregory F. Noonan_____
                                   Gregory F. Noonan

Dated:  April 15, 2004