UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA BROWNELL, Individually and On Behalf Of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) vs. ) ) SONUS NETWORKS, INC., HASSAN AHMED, PH.D. ) and STEPHEN NILL, ) ) Defendants. ) | Case No. 04-10597-DPW |

## NOTICE OF CHANGE OF FIRM NAME

Effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. All future reference to Hale and Dorr LLP in this matter should be to Wilmer Cutler Pickering Hale and Dorr LLP. The firm and its lawyers' address, telephone numbers and fax numbers remain the same. The format of our lawyers' email addresses has changed to firstname.lastname@wilmerhale.com.

Respectfully Submitted,

WILMER CUTLER PICKERING HALE and DORR LLP

/s/_Gregory F. Noonan_____
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Defendant Sonus Networks, Inc.*

Dated: June 1, 2004

CERTIFICATE OF SERVICE

   I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Thomas G. Shapiro | Marc I. Gross |
| Theodore M. Hess-Mahan | Richard A. Lockridge |
| Shapiro, Haber & Urmy LLP | Karen Hanson Riebel |
| 75 State Street | Lockridge Grindal Nauen P.L.L.P. |
| Bosto,n MA 02109 | 100 Washington Avenue South, Suite 2200 |
| | Minneapolis, MN 55401 |

Samuel H. Rudman
Cauley Geller Bowman & Rudman, LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747

| | |
|---|---|
| Thomas J. Dougherty (BBO #132300) | Robert S. Frank, Jr. (BBO #177240) |
| Matthew J. Matule (BBO #632075) | John R. Baraniak, Jr. (BBO #552259) |
| Skadden, Arps, Slate, Meagher & Flom LLP | Choate Hall & Stewart |
| One Beacon Street | Exchange Place Building |
| Boston, Massachusetts 02108 | 53 State Street |
| Tel: (617) 573-4800 | Boston, Massachusetts 02109 |
| Fax: (617) 573-4822 | Tel: (617) 248-5000 |
| | Fax: (617) 248-4000 |

                    /s/ Gregory F. Noonan_____
                    Gregory F. Noonan

Dated: June 1, 2004